ANDREA T. MARTINEZ, Acting United States Attorney (#9313)
CAROL A. DAIN, Assistant United States Attorney (#10065)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682

SEALED

FILED US District Court-UT
APR 07 '21 AM 11:34

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| UNITED STATES OF AMERICA, Plaintiff, vs. JAMAL ROBERT SUMPTER LOGAN, Defendant. | INDICTMENT<br><br>VIOLATION:<br><br>Count I: 18 U.S.C. § 751(a), Escape. |
|---|---|

Case: 2:21-cr-00143
Assigned To : Campbell, Tena
Assign. Date : 4/7/2021

The Grand Jury Charges:

### COUNT I
18 U.S.C. § 751(a)

On or about December 22, 2020, in the District of Utah,

JAMAL ROBERT SUMPTER LOGAN,

defendant herein, did knowingly escape from the custody of the Attorney General and his authorized representative, which custody was by virtue of a conviction in the United States District Court for the District of Utah for the offense of Felon In Possession of a Firearm, a

violation of 18 U.S.C. § 922(g)(1); all in violation of 18 U.S.C. § 751(a).

A TRUE BILL:

/s/
FOREPERSON OF GRAND JURY

ANDREA T. MARTINEZ
Acting United States Attorney

CAROL A. DAIN
Assistant United States Attorney